UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BMO BANK N.A.,<br><br>   Plaintiff,<br><br>v.<br><br>TERRI DURAND TRUCKING INC., TERRI DURAND, BADGER STATE RECOVERY, INC. and BSR TRANSPORT, INC.,<br><br>   Defendants. | Case No. 3:23-cv-00879 |

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against defendants BSR Transport, Inc., Badger State Recovery, Inc. and Terri Durand for failure to plead or otherwise defend in this action; and a telephonic hearing on December 4, 2024, plaintiff BMO Bank N.A.'s Motion for Default Judgment; Judgment is entered in favor of Plaintiff BMO Bank N.A. and against Defendants BSR Transport, Inc., Badger State Recovery, Inc. and Terri Durand in the amount of $80,347.20, with costs and interests.

  SO ORDERED, ADJUDGED AND DECREED, this 13th day of December, 2024.

BY THE COURT;

_____
WILLIAM M. CONLEY
District Judge